LAWRENCE G. BROWN
Acting United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEPOSITORS INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES POSTAL SERVICE ) <br> and DOES 1 to 25, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 1:09-cv-00137 AWI/GSA <br><br> **STIPULATION FOR DISMISSAL AND ORDER RE SAME** |

Pursuant to the terms of a written Settlement Agreement as well as the provisions of Fed. R. Civ. P. 41(a)(1), the parties, by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice.

///
///
///
///
///
///
///
///

1

**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER RE SAME**

1 **IT IS SO STIPULATED**.

2 Dated: February 26, 2009                LAW OFFICES OF GOATES & CHOPAK

3
                                         /s/Robert J. Harker
4                                        Robert J. Harker
                                         Attorneys for Plaintiff
5

6 Dated: February 25, 2009                LAWRENCE G. BROWN
                                         Acting United States Attorney
7

8
                                   By:   /s/Brian W. Enos
9                                        BRIAN W. ENOS
                                         Assistant U.S. Attorney
10                                       Attorneys for Defendant

11                          **ORDER OF DISMISSAL**

12    The above stipulation is APPROVED, and this action is hereby

13 DISMISSED WITH PREJUDICE.

14

15 IT IS SO ORDERED.

16 **Dated:   March 2, 2009**                 /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE

**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER RE SAME**